**Electronically Filed
Supreme Court
SCWC-20-0000524
07-FEB-2022
09:26 AM
Dkt. 13 ODAC**

SCWC-20-0000524

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

———————————————————————————————

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

CYRUS A.F. YOUNG,
Petitioner/Defendant-Appellant.

———————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000524; CASE NO. 1FFC-17-0000773)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on December 28, 2021, is hereby rejected.

DATED: Honolulu, Hawai'i, February 7, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

